UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8764-GW-PVCx | Date | January 23, 2024 |
|---|---|---|---|
| Title | *Vincent Dudash v. Messer LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received the parties' Joint Notice of Settlement (ECF No. 44) wherein they indicated that the matter has been tentatively settled, the parties are preparing long form agreements, and ask that the previously set dates be taken off-calendar and an Order to Show Cause re Settlement be set on April 15, 2024. The Court will grant the parties' request, take all previously set dates off-calendar, set an OSC re settlement for April 15, 2024 at 8:30 a.m., and require the parties to file a joint status report or a dismissal by April 10, 2024.

| | : |
|---|---|
| Initials of Preparer | JG |