1 **BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
2 LOS ANGELES, CA 90045
Tel: (310) 294-9595
3 Fax: (310) 961-3673
CORY H. HURWITZ, STATE BAR NO. 222026
4 ch@brockgonzales.com
ELIZABETH A. SIRUNO, STATE BAR NO. 337132
5 es@brockgonzales.com

6 **Attorneys for Plaintiff**
VINCENT DUDASH
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 VINCENT DUDASH, an individual,

12            Plaintiff,

13 vs.

14

15 MESSER NORTH AMERICA, INC., a Delaware Corporation;

16 and DOES 1-50, inclusive,

17            Defendants.

Case No.: 2:22-cv-08764 GW (PVCx)
District Judge: Hon. George H. Wu
Magistrate Judge: Hon. Pedro V. Castillo
Complaint Filed: November 1, 2022

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

18
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Vincent Dudash and Defendant Messer North America, Inc., through their respective counsel, hereby stipulate as follows:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice.
2. Each party is to bear its own fees and costs.
3. The attached order shall be entered.

**IT IS SO STIPULATED.**

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Elizabeth A. Siruno, certify that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing*

DATED: February 28, 2024        BROCK & GONZALES, LLP

By: */s/ Elizabeth A. Siruno*

CORY H. HURWITZ
ELIZABETH A. SIRUNO
Attorneys for Plaintiff

Date: March 20, 2024        JACKSON LEWIS P.C.

By /s/Scott Nenni
Louis C. Klein
Scott Nenni

Attorneys for Defendant
MESSER LLC