JS-6

**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
CORY H. HURWITZ, STATE BAR NO. 222026
ch@brockgonzales.com
ELIZABETH A. SIRUNO, STATE BAR NO. 337132
es@brockgonzales.com

**Attorneys for Plaintiff**
VINCENT DUDASH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

VINCENT DUDASH, an
individual,

            Plaintiff,

    vs.

MESSER NORTH AMERICA,
INC., a Delaware Corporation;
and DOES 1-50, inclusive,
            Defendants.

Case No.:  CV 22-8764-GW-PVCx
District Judge: Hon. George H. Wu
Magistrate Judge: Hon. Pedro V. Castillo
Complaint Filed: November 1, 2022

**ORDER GRANTING DISMISSAL
WITH PREJUDICE**

///
///
///
///
///
///
///
///
///
///

1

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**

## <u>ORDER</u>

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1.      All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2.      Each party is to bear its own fees and costs.


**IT IS SO ORDERED.**

Dated:  March 21, 2024

_____

HON. GEORGE H. WU,

United States District Judge

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**